## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| HETERO USA, INC., HETERO LABS LIMITED UNIT-III, and HETERO LABS LIMITED,<br><br>     Plaintiffs,<br><br>v.<br><br>MERCK SHARP AND DOHME LLC and MERCK SHARP AND DOHME CORP.,<br><br>     Defendants. | Civil Action No. |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule of Civil Practice and Procedure for the United States District Court of Delaware 5.1.3 ("Local Rule 5.1.3"), Plaintiffs Hetero USA, Inc., Hetero Labs Limited Unit-III, and Hetero Labs Limited (collectively, "Hetero" or "Plaintiffs"), hereby move to file portions of the Complaint and Exhibits A-C under seal. In support of this Motion, Plaintiffs state as follows:

1.      "It is well-settled that there exists, in both criminal and civil cases, a common law public right access to judicial proceedings and records." *In re Cendent Corp.*, 260 F.3d 183, 192 (3d Cir. 2001). A court has a supervisory power and authority to seal, however, "when justice so requires," provided the party requesting sealing demonstrates that "the interest in secrecy outweighs the presumption of access." *Leap Sys., Inc. v. MoneyTrax, Inc.*, 638 F.3d 216, 221-22 (3d Cir. 2011). The party moving to seal must show that "the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the party seeking closure." *In re Avandia Marketing*, 924 F.3d 662, 672 (3d Cir. 2019) (citations

1

omitted). Additionally, this Court has noted that good cause exists to seal portions of a pleading that contain details of and/or reference to confidential information regarding an ANDA and proposed ANDA product. *See Cipla Ltd. v. Boehringer Ingelheim Pharms. Inc.*, C.A. No. 22-300-RGA, D.I. 9, Order Granting Motion to Seal, March 7, 2022.

2.    In accordance with Local Rule 5.1.3 and the District of Delaware Administrative Procedures Governing Filing and Service by Electronic Means section (G)(1), Plaintiffs shall submit a redacted version of their Complaint and Exhibits A-C within seven (7) days after filing the sealed Complaint and Exhibits.

WHEREFORE, Plaintiffs respectfully request that the Court permit them to file the Complaint and Exhibits A-C under seal.

Dated: June 16, 2026


*Of Counsel:*

James K. Stronski
**CROWELL & MORING LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
jstronski@crowell.com

Mary E. LaFleur
**CROWELL & MORING LLP**
300 North LaSalle Drive, Suite 2500
Chicago, IL 60654
T: (312) 840-3272
mlafleur@crowell.com

   /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Plaintiffs*
*Hetero USA, Inc., Hetero Labs Limited Unit-III,*
*and Hetero Labs Limited*

2